UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY OF HENDERSON, *et al.*, ) | 2:12-CV-00780-JCM-RJJ |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **ORDER** |
| SPAN SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter comes before the undersigned Magistrate Judge on Plaintiffs' Request for

Rule 16 Pretrial Scheduling Conference (Request for Oral Argument) (#15) received by the

Court on November 26, 2012.  Having read and considered Plaintiffs' Request (#15), and good

cause appearing,

IT IS ORDERED that the Parties shall submit a proposed Discovery Plan and Scheduling

Order in accordance with LR 26-1, no later than **December 7, 2012**, then the court will consider

the Request for Pretrial Hearing (#15).

DATED this 27th day of November, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge