UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY OF HENDERSON, *et al.*, | 2:12-CV-00780-JCM-RJJ |
| Plaintiffs, | |
| vs. | **ORDER** |
| SPAN SYSTEMS, INC., | |
| Defendant. | |

This matter comes before the undersigned Magistrate Judge on Plaintiffs' Request for Rule 16 Pretrial Scheduling Conference (Request for Oral Argument) (#15) received by the Court on November 26, 2012. Having read and considered Plaintiffs' Request (#15), and good cause appearing,

IT IS ORDERED that the Parties shall submit a proposed Discovery Plan and Scheduling Order in accordance with LR 26-1, no later than **December 7, 2012**, then the court will consider the Request for Pretrial Hearing (#15).

DATED this 27th day of November, 2012.

_Robert J. Johnston_
ROBERT J. JOHNSTON
United States Magistrate Judge