**BURCH & CRACCHIOLO, P.A.**
301 N. Buffalo Dr., Suite 202
Las Vegas, Nevada 89145
Telephone: (702) 331-7600
Facsimile: (702) 331-7601

Kenneth Januszewski [Bar No. 11399]
kenj@bcattorneys.com

Edward D. Boyack [Bar No. 005229]
ted@edblaw.net

Attorneys for City of Henderson and
The Travelers Indemnity Company

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF HENDERSON, a Nevada Municipal Corporation, THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, as subrogor to The City of Henderson<br>　　　　　　　Plaintiffs<br>　　　vs.<br>SPAN SYSTEMS, INC., a New Hampshire corporation<br>　　　　　　　Defendant. | Case No. 2:12-cv-00780-JCM-RJJ<br><br>**STIPULATIONTO DISMISS WITH PREJUDICE** |

　　　The parties, through their respective counsel, stipulate and agree that this matter may be dismissed with prejudice with each party to bear its own fees and costs.

　　　Respectfully submitted this 19th day of February, 2014.

/ / / / /

1

BURCH & CRACCHIOLO, P.A.

By:*/s/Kenneth Januszewski*
    Kenneth Januszewski
    Edward D. Boyack
    Attorneys for City of Henderson and
    The Travelers Indemnity Company

KATZ & ASSOCIATES

By:*/s/Robert B. Katz with permission*
    Robert B. Katz
    Attorneys for Defendant and Cross-Claimants
    Span Systems, Inc.

UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF HENDERSON, a Nevada Municipal Corporation, THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation, as subrogor to The City of Henderson<br>　　　　　　　　Plaintiffs<br>　　　vs.<br><br>SPAN SYSTEMS, INC., a New Hampshire corporation<br>　　　　　　　　Defendant. | Case No. 2:12-cv-00780-JCM-RJJ<br><br>**DISMISSAL WITH PREJUDICE** |

　　　The Court, having read the stipulation of the parties and being fully informed in the premises:

　　　IT IS ORDERED dismissing this case with prejudice;

　　　IT IS FURTHER ORDERED that each party is to bear its own attorneys' fees and costs.

　　　Dated February 25, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE